507 A.2d 387

Anna M. PELTON, et al., Petitioners,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Petitioner.

Supreme Court of Pennsylvania.

April 14, 1986.

Petition for Allowance of Appeal GRANTED, No. 16 M.D. Appeal Docket 1986. Direct Notice of Appeal Docketed at No. 2 M.D. Appeal Docket 1986.